IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 19-55
)
LANCELOT DE MONTSEGUR,, )
)
Defendant. )

## CHANGE OF PLEA

Defendant, LANCELOT DE MONTSEGUR,, changes his plea and now enters a plea of guilty as to Count 1s in open court this 14th day of November, 2019.

_____
Defendant's Signature

_____
Attorney for Defendant