IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

LANCELOT DE MONTSEGUR

Criminal No. 19-55

**ORDER**

AND NOW, this __29th__ day of __June__, 2020, it is hereby ORDERED that the Stipulation filed by the United States of America and Lancelot De Montsegur is hereby approved, the terms of which are incorporated in their entirety herein by reference. It is further ORDERED that:

1. All right, title, and interest of Lancelot De Montsegur in the following property are forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2) and 28 § 2461(c):

   a. $68,453.18 from Dailie LLC, Wells Fargo account 2717 (CATS# 19-FDA-000084);
   b. $5,000 from Vouchera LLC, Wells Fargo account 7337 (CATS# 19-FDA-000088);
   c. $31,248.60 from Vouchera LLC, Wells Fargo account 2892 (CATS# 19-FDA-000087);
   d. $65,099.63 from Vouchera LLC, Wells Fargo account 4061 (CATS# 19-FDA-000086);
   e. $289,004.85 from Elvi LLC, Wells Fargo account 1471 (CATS# 19-FDA-000083);
   f. $113,291.30 from Gabriel W. Cristello Irrevocable & Steven Juliver TTE, Wells Fargo Account 8105 (CATS# 19-FDA-000082);
   g. $150,756.77 from Gabriel W. Cristello Irrevocable & Steven Juliver TTE, Wells Fargo Account 0962 (CATS# 19-FDA-000085);
   h. $137,767.31 from Deusxmachina LLC, TD bank account 2083 (CATS# 19-FDA-000100); and,
   i. $6,527.31 from Jadawin LLC, Banco Popular De Puerto Rico account 0820 (CATS# 19-FDA-000081).

2. This Order of Forfeiture against Lancelot De Montsegur will be incorporated into his sentence and judgment pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate third-party claims, if any.

4. A certificate of reasonable cause is entered pursuant to 28 U.S.C. § 2465.

  s/Arthur J. Schwab
United States District Court Judge